## BRYANT et al. v. JONES et al.
### No. 3292.

Court of Civil Appeals of Texas. Beaumont.
April 14, 1938.

McCall & Broadus, of Beaumont, for appellants.

Grover C. Lowe, of Woodville, for appellees.

PER CURIAM.

No briefs are in the record of this case; appeal dismissed for want of prosecution on appellees' motion.